CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

DEC - 7 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JONAH JERVAIS SOVEREIGN, ) | Civil Action No. 7:15-cv-00568 | |
|    Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| LESLIE FLEMING, et al., ) | By: | Hon. Jackson L. Kiser |
|    Defendants. ) | | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that claims against defendants Warden Fleming, Officer Short, Sgt. Crabtree, and Sgt. Craft are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) and that they are **TERMINATED** from this action.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This _____ day of December, 2015.

/s/ Jackson L. Kiser
Senior United States District Judge