IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

**Roanoke Division**

JONAH JERVAIS SOVEREIGN,

    Plaintiff,

v.                      CIVIL ACTION NO. 7:15cv00568

R. SAYLOR,

    Defendant.

## ORDER

UPON CONSIDERATION of Defendant's Motion to Seal Exhibit, the Court finds that Defendant Saylor has articulated good cause for sealing Exhibit 2 to the Memorandum in Support of Defendant's Motion for Summary Judgment, said exhibit being comprised of the confidential mental health records of the plaintiff; public notice of the motion to seal has been given by the docketing of that motion; and granting the motion to seal would comport with the public interest.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that the Motion to Seal is GRANTED, and the proffered Exhibit shall be filed under seal with the Court. The Exhibit shall remain under seal until the conclusion of these proceedings, including any appeal, at which time it shall be destroyed or returned to the submitting party.

IT IS SO ORDERED.

                                        By: *Robert S. Ballou*

DATE: April 1, 2016