CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP - 2 2016

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| JONAH JERVAIS SOVEREIGN,<br>    **Plaintiff,** | ) | Civil Action No. 7:15-cv-00568 |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| LESLIE FLEMING, <u>et al.</u>,<br>    **Defendants.** | ) | **By:**    Hon. Jackson L. Kiser<br>          Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

### ADJUDGED and ORDERED

that defendant Saylor's motion for summary judgment is **GRANTED** and the case is

**STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion

to the parties.

**ENTER:** This 2nd day of September, 2016.

Senior United States District Judge